UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON GRANITE AND MARBLE CENTER, LLC, <br>     Plaintiff, <br><br> v. <br><br> MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, <br>     Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. |

INDEX OF DOCUMENTS
FILED IN STATE COURT

**Document:**                                                                            **Date Filed:**

1. Civil Process Request                                                    November 25, 2015

2. Civil Case Information Sheet                                 November 25, 2015

3. Plaintiff's Original Petition and Requests for Disclosure     November 25, 2015

4. Service Affidavit                                                              January 5, 2016

5. Defendant's Original Answer                                       January 11, 2016

6. Docket Sheet as of January 20, 2016

Chris Daniel - District Clerk
Harris County
Envelope No: 7997279
By: SOLIS, ADILIANI A
Filed: 11/25/2015 4:07:00 PM

# 2015-71426 / Court: 333

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition and Request for Disclosure

**FILE DATE OF MOTION:** 11/24/2015
Month/ Day/ Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Mesa Underwriters Specialty Insurance Company
   **ADDRESS:** 2338 W. Royal Palm Rd., Suite J, Phoenix, AZ 85021 or wherever it may be found
   **AGENT,** (if applicable): Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): citation

**SERVICE BY** (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☑ MAIL
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☑ OTHER, *explain* PLEASE MAIL CITATION TO OUR OFFICE. THANK YOU.

*******************************************************************************

2. **NAME:** _____
   **ADDRESS:** _____
   **AGENT,** (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ ATTORNEY PICK-UP
- ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☐ MAIL
- ☐ CERTIFIED MAIL
- ☐ PUBLICATION:
  Type of Publication:
  - ☐ COURTHOUSE DOOR, or
  - ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** David P. Havins   **TEXAS BAR NO./ID NO.** 09239700

**MAILING ADDRESS:** 6750 West Loop South, Suite 800, Bellaire, Texas 77401

**PHONE NUMBER:** 713  484-5514   **FAX NUMBER:** 713  665-6818
  area code  phone number                  area code  fax number

**EMAIL ADDRESS:** roxana@havinslaw.com

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
\_\_\_\_\_ AMENDED PETITION
\_\_\_\_\_ SUPPLEMENTAL PETITION

COUNTERCLAIM
\_\_\_\_\_ AMENDED COUNTERCLAIM
\_\_\_\_\_ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
\_\_\_\_\_ AMENDED CROSS-ACTION
\_\_\_\_\_ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
\_\_\_\_\_ AMENDED THIRD-PARTY PETITION
\_\_\_\_\_ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
\_\_\_\_\_ AMENDED INTERVENTION
\_\_\_\_\_ SUPPLEMENTAL INTERVENTION

INTERPLEADER
\_\_\_\_\_ AMENDED INTERPLEADER
\_\_\_\_\_ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
   ORDER TO: _____
                    (specify)

   MOTION TO: _____
                    (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVCI08 Revised 9/7/00

# CIVIL CASE INFORMATION SHEET (REV. 2/13)

Chris Daniel - District Clerk
Harris County
Envelope No: 7997279
By: SOLIS, ADILIANI A
Filed: 11/25/2015 4:07:00 PM

CAUSE NUMBER (FOR CLERK USE ONLY): **2015-71426 / Court: 333**

STYLED: Houston Granite and Marble Center, LLC vs. Mesa Underwriters Specialty Insurance Company

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: David P. Havins
Email: roxana@havinslaw.com
Address: 6750 W. Loop S., #800
Telephone: 713-484-5514
City/State/Zip: Bellaire, TX 77401
Fax: 713-665-6818
State Bar No: 09239700

Names of parties in case:
Plaintiff(s)/Petitioner(s): Houston Granite and Marble Center, LLC
Defendant(s)/Respondent(s): Mesa Underwriters Specialty Insurance Company

Person or entity completing sheet is:
[x] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
- Debt/Contract
  - [ ] Consumer/DTPA
  - [x] Debt/Contract
  - [x] Fraud/Misrepresentation
  - [ ] Other Debt/Contract:
- Foreclosure
  - [ ] Home Equity—Expedited
  - [ ] Other Foreclosure
- [ ] Franchise
- [x] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
- Malpractice
  - [ ] Accounting
  - [ ] Legal
  - [ ] Medical
  - [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
- Product Liability
  - [ ] Asbestos/Silica
  - [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [x] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
- Divorce
  - [ ] With Children
  - [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health
- Probate/Wills/Intestate Administration
  - [ ] Dependent Administration
  - [ ] Independent Administration
  - [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [x] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Case 4:16-cv-00173   Document 1-5   Filed in TXSD on 01/20/16   Page 5 of 17

11/25/2015 4:07:00 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7997279
By: Adiliani Solis
Filed: 11/25/2015 4:07:00 PM

2015-71426 / Court: 333

CAUSE NO. _____

| | | |
|---|---|---|
| **HOUSTON GRANITE AND MARBLE CENTER, LLC** § | | IN THE DISTRICT COURT |
| *Plaintiff* § | | |
| § | | |
| VS. § | | OF HARRIS COUNTY, TEXAS |
| § | | |
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY** § | | |
| *Defendant* § | | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

NOW COMES, Plaintiff HOUSTON GRANITE AND MARBLE CENTER, LLC complains of Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY (hereinafter "Defendant") and respectfully shows the following:

### I.
### DISCOVERY

1.1   Plaintiff requests discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

2.1   Plaintiff HOUSTON GRANITE AND MARBLE CENTER, LLC is doing business at 9500 Hempstead Rd., Houston, Harris County, Texas.

2.2   Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY is an Insurance Company doing business in Texas and may be served with process by serving its registered agent Corporation Service Company at 2338 W. Royal Palm Rd., Suite J, Phoenix, AZ 85021 or wherever it may be found.

### III.
### JURISDICTION AND VENUE

3.1   The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Court.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 1 OF 9

3.2     Pursuant to §15.002 and §15.005 the Texas Civil Practice and Remedies Code, Venue is proper in Harris County, Texas because the cause of action occurred in Harris County, Texas.

## IV.
## FACTS

4.1     On or about September 16, 2014, ("herein "date of loss") Plaintiff sustained damages to certain granite and marble slabs that were broken on their premises at 9500 Hempstead Rd., Houston, Texas.

4.2     At the time of loss, Plaintiff was insured with MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY. Plaintiff had purchased an insurance policy from Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, which had policy limits of $450,000.00 per person per occurrence for property damages and coverage for loss of business in the amount of $20,000.00.

4.3     The policy issued by Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY provides for coverage for the perils that occurred on Plaintiff's premises. Plaintiff relied on their representations and warranties that the policy covered perils for the incident that occurred on his premises.

4.4     On October 01, 2014, Plaintiff notified MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY that he had sustained damages to certain granite and marble slabs that were broken as a direct result of a covered peril on his premises. The notice and proof of loss, included documents evidencing (1) numerous commercial itemized invoices evidencing losses for granite and marble in the sum of $61,384.14; (2) freight invoices; (3) Property Loss Notice; (4) Houston Granite and Marble Center, LLC Account Listing; and (5) photographs evidencing the damage to Plaintiff's granite and marble slabs.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 2 OF 9

4.5 On August 20, 2015, Plaintiff made a *demand* upon Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY for reimbursement of damages sustained in the sum of $61,384.14 in accordance with the terms and conditions of the policy. The demand letter included (1) documents evidencing invoices for damage to the materials; (2) the cost of the materials; and (3) photographs depicting the damage to the materials.

4.6 Despite notice and proof of loss, Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY has refused to respond to Plaintiff's demand and/or make a good faith offer of settlement.

4.7 The claim has been assigned to Mr. Kip Quist, at Prodigy Assurance Adjusters, who is an insurance adjuster for Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPNY.

4.8 Plaintiff has fully complied with all of the conditions of the insurance policy and/or satisfied all conditions precedent prior to the institution of this suit.

V.
TEXAS INSURANCE CODE VIOLATIONS

5.1 Plaintiff incorporates and realleges the allegations of Paragraphs 4.1 through 4.8 inclusive, as if fully set forth verbatim.

5.2 Pursuant to Section §542.058 of the Texas Insurance Code, Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY has a duty to make a written reply to claims within sixty days of the demand.

5.3 Article §542.060 of the Texas Insurance Code, penalizes insurance companies that delay payment of benefits under insurance policies for failure to comply with the prompt payment requirements of the statute and may be held liable to pay the amount of the claim, plus damages consisting of 18 percent per annum of the amount of the claim and reasonable attorney fees.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 3 OF 9

5.4 Pursuant to §541.060, it is an unfair method of competition of an unfair or deceptive act or practice in the business of insurance to engage in the following unfair settlement practices with respect to a claim by an insured or beneficiary:

    5.4.1 misrepresenting to a claimant, a material fact or policy provision relating to coverage at the time;

    5.4.2 failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a) a claim with respect to which the insurer's liability has become reasonably clear; or b) failing to promptly provide to a policy holder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

    5.4.3 failing to affirm or deny coverage of a claim to a policyholder;

    5.4.4 failing to tender the policy limits;

    5.4.5 refusing, failing or unreasonably delaying a settlement offer under applicable underinsured motorist coverage provisions of the policy;

    5.4.6 refusing to pay a claim when liability is clear and third party coverage is inadequate to compensate Plaintiff for his damages;

    5.4.7 delaying or refusing settlement of a claim without a rational basis; and

    5.4.8 advertising and representing that Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY claims process was "streamlined, stress-free, and hassle-free".

## VI.
## BREACH OF CONTRACT

6.1 Plaintiff incorporates and realleges the allegations of Paragraphs 4.1 through 4.8 inclusive, as if fully set forth verbatim.

6.2 At the time of the accident, Plaintiff was an eligible beneficiary and covered person within the terms of the policy issued and underwritten by Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 4 OF 9

6.3     Defendant has breached the duties owed to Plaintiff under the policy of insurance in effect, and violated Sections §542.058 and §542.60 of the Texas Insurance Code, by one or more of the following acts and omissions, to wit:

 6.3.1   In breaching the duties owed under the policy in effect;

 6.3.2   In breaching the duty to negotiate plaintiff's claims;

 6.3.3   In breaching the duty of good faith and fair dealing;

 6.3.4   In breaching the duty to provide a written explanation for the denial of plaintiff's claim;

 6.3.5   In breaching the duty to investigate plaintiff's claim within a reasonable period of time;

 6.3.6   In breaching the duty to make a good faith offer of settlement;

 6.3.7   In breaching the duty to pay claims under the policy in effect;

 6.3.8   In breaching the duty to investigate plaintiff's claims;

 6.3.9   In breaching the duty to timely investigate plaintiff's claims;

 6.3.10  In breaching the duty to properly investigate plaintiff's claims;

 6.3.11  In breaching the duty to properly handle plaintiff's claims;

 6.3.12  In breaching the duty to evaluate plaintiff's claims;

 6.3.13  In breaching the duty to timely evaluate plaintiff's claims;

 6.3.14  In breaching the duty to make an offer of settlement and/or pay plaintiff's claims;

 6.3.15  In breaching the duty to timely tender a good faith offer;

 6.3.16  In misrepresenting the terms of the policy; and

 6.3.17  In committing unfair settlement claim practices.

## VII.
### NEGLIGENCE

7.1     Plaintiff incorporates and realleges the allegations of Paragraphs 4.1 through 4.10 inclusive, as if fully set forth verbatim.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 5 OF 9

7.2     Plaintiff shows that Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY has negligently engaged in the following acts and omissions to act, to wit:

    7.2.1   In failing to investigate plaintiff's claim within a reasonable period of time;

    7.2.2   In failing to make a good faith offer of settlement;

    7.2.3   In failing to make a prompt, fair and equitable settlement;

    7.2.4   In failing to pay claims after liability has been reasonably clear;

    7.2.5   In delaying benefits under the policy after liability;

    7.2.6   In failing to properly investigate plaintiff's claims;

    7.2.7   In failing to timely investigate plaintiff's claims;

    7.2.8   In failing to adequately evaluate plaintiff's claims;

    7.2.9   In failing to timely evaluate plaintiff's claims;

    7.2.10  In failing to tender a settlement offer of plaintiff's claim;

    7.2.11  In failing to make a full and complete investigation of plaintiff's claims;

    7.2.12  In failing to negotiate plaintiff's claims; and

    7.2.13  In engaging in unfair settlement acts and practices.

7.3     Plaintiff shows that each of the above and foregoing acts and omissions to act, either singularly or in combination with one another, constitute negligence, under the terms and conditions of the policy in effect.

## VIII.
### FRAUD

8.1     Plaintiff incorporates and realleges the allegations of Paragraphs 4.1 through 4.8 inclusive, as if fully set forth verbatim.

8.2     Plaintiff purchased a policy of insurance from Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY and relied on Defendant MESA UNDERWRITERS

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 6 OF 9

SPECIALTY INSURANCE COMPANY's advertisements, representations and warranties that its insurance policy and services were superior to its competitors and that it would timely process, evaluate and pay its claims.

8.3    Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY made representations and warranties that claims would be evaluated and timely resolved.

8.4    Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY's acts, and omissions, and fraudulent misrepresentations described in paragraph 4.1 through 4.10 above resulted in economic injury to Plaintiff.

8.5    Plaintiff is entitled to and requests exemplary damages in an amount determined by the trier of fact to be fair and reasonable and consistent with the requirements of law, including Chapter 51 of the Civil Practice and Remedies Code.

## IX.
### REQUEST FOR DISCLOSURE

9.1    Pursuant to Rule 194.2 of the Texas Rules of Civil Procedure, Defendant is requested to disclose the information and/or materials described in Rule 194.2 of the Texas Rules of Civil Procedure within fifty (50) days from the date of service of Plaintiff's Original Petition.

## X.
### AUTHENTICATION OF DOCUMENTS

10.1    Plaintiff gives actual notice to Defendant and/or co-Defendant, if any, that any and all documents produced by Defendant during discovery may be used against the Defendant(s), at any pre-trial proceeding and/or trial of this matter without the necessity of authenticating the document. This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## XI.
### DAMAGES

11.1    Pursuant to TRCP 47 (c), Plaintiff seeks damages over $50,000 but not more than $75,000.00 for damages sustained while coverage was in effect.

11.2    Pursuant to TRCP, Plaintiff seeks exemplary damages for fraud and deceptive trade.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 7 OF 9

11.3    As a result of the incident that occurred, Plaintiff sustained property damages to marble and granite slabs that were broken on his premises.

11.4    As a direct and proximate result of the negligence of Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY's breach of contract and/or negligence in processing Plaintiff's claims, Plaintiff has sustained actual, exemplary and/or compensatory damages in excess of the minimum jurisdictional limits of this honorable court.

## XII.
### ATTORNEY FEES

12.1    Plaintiff has employed the undersigned attorney to file and prosecute this suit. As a direct result of Defendant's breach of the insurance contract, Plaintiff has incurred reasonable and necessary attorney fees for having to prosecute this complaint.

12.2    Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY has delayed payment of Plaintiff's claim for more than ninety days after it received all of Plaintiff's demand for a good faith offer of settlement, together with documents evidencing the cost of the materials.

12.3    Pursuant to Article §542.060 of the Texas Insurance Code and §38.001 of the Texas Civil Practice and Remedies Code, Plaintiff is entitled to recover reasonable and necessary attorney fees for the trial of this action, including any appeals to the Texas Court of Appeals and/or the Texas Supreme Court.

## XIII.
### STATUTORY PENALTIES

13.1    Pursuant to Article §542.060 of the Texas Insurance Code, Plaintiff is entitled to recover the additional sum of eighteen percent (18%) of the amount determined payable under the terms of the policy.

13.2    Plaintiff seeks statutory penalties for interest at the rate of eighteen (18%) per annum commencing from the date of the Plaintiff's demand for settlement.

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 8 OF 9

## XIV.
## DEMAND FOR JURY

14.1   Plaintiff demands a trial by jury.

### PRAYER

Plaintiff requests that Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY be cited to appear and answer, and that upon final trial, Plaintiff have judgment against Defendant for full amount of his actual, exemplary/punitive, statutory and/or compensatory damages, with pre-judgment and post-judgment interest, for costs of Court, and for such other and further relief, special and general, at law and in equity, to which he may be justly entitled.

Respectfully Submitted,

*THE HAVINS LAW FIRM, L.P.*

By: _____
*David P. Havins*
State Bar No. 09239700
6750 West Loop South, Suite 800
Bellaire, Texas 77401
(713) 484-5514
(713) 665-6818 (fax)
**Attorney for Plaintiff Houston Granite and Marble Center, LLC**

HOUSTON GRANITE
AND MARBLE CENTER, LLC
(CLIENT #15-3321)

PLAINTIFF'S ORIGINAL PETITION
AND REQUEST FOR DISCLOSURE

PAGE 9 OF 9

1/5/2016 11:41:19 AM
Chris Daniel - District Clerk Harris County
Envelope No. 8456701
By: Kenya Kossie
Filed: 1/5/2016 11:41:19 AM

# SERVICE AFFIDAVIT

| | |
|---|---|
| 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS | CASE NO:    TR # 73194330 |
| | COURT DATE: |
| HOUSTON TEXAS | COURT TIME:    00:00:00 |
| County of | |

**PLAINTIFF:**
HOUSTON GRANITE AND MARBLE CENTER LLC

**DEFENDANTS:**
MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

2338 W ROYAL PALM RD SUITE J
PHOENIX, AZ     85021

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

**DOCUMENT TYPE:**    **CITATION_(NON-RESIDENT); PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

**PERSON(S) SERVED:**    MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY (Defendant)

**PLACE OF SERVICE:**    USUAL PLACE OF BUSINESS
2338 W ROYAL PALM RD SUITE J
PHOENIX, AZ 85021

By delivering 1 SET(S) true copies to: MELONY YOON, SERVICE OF PROCESS COORDINATOR

SEX: F; AGE/DOB: 25; RACE: ASIAN; HEIGHT: 5'6"; HAIR: BLACK; EYES: BROWN;

Notes: MELONY YOON IS THE SERVICE OF PROCESS COORDINATOR FOR CORPORATION SERVICE COMPANY WHO IS THE STATUTORY AGENT FOR THE DEFENDANT AND IS AUTHORIZED TO ACCEPT SERVICE ON THEIR BEHALF.

**FILE #:** 125583
**REF #:** 2015008573 paid
**DATE OF SERVICE:** 12/22/2015
**TIME OF SERVICE:** 14:16
**Next Action:** No Further Action

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 5th day of January, 2016

**FEES:**    $65.00    Service Fee
            $65.00    Total

*Thomas P. Zollars*

**AFFIANT'S SIGNATURE**
**Tom Zollars**

Process server licensed in Maricopa County
Subscribed and sworn to this date: 1/5/2016 9:33:14 AM

**NOTARY PUBLIC**

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886

1/11/2016 9:55:10 AM
Chris Daniel - District Clerk Harris County
Envelope No. 8541819
By: Euniecy Gentry
Filed: 1/11/2016 9:55:10 AM

2015-71426

| | | |
|---|---|---|
| **HOUSTON GRANITE AND MARBLE CENTER, LLC** § | | **IN THE DISTRICT COURT OF** |
| Plaintiff, § | | |
| § | | **HARRIS COUNTY, TEXAS** |
| v. § | | |
| § | | |
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY** § | | **333rd JUDICIAL DISTRICT** |
| Defendant. § | | |

### DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Mesa Underwriters Specialty Insurance Company ("Mesa") and files this Original Answer as follows:

### I. GENERAL DENIAL

Pursuant to TEXAS RULE OF CIVIL PROCEDURE 92, Defendant Mesa generally denies each and every, all and singular, of the allegations contained within Plaintiff's Original Petition, and demands strict proof thereof by a preponderance of the credible evidence in accordance with the Constitution and the laws of the State of Texas.

### II. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff takes nothing by this suit and that Defendant goes hence with its costs, without delay.

Respectfully submitted,

/s/ *Stephen A. Melendi*
Stephen A. Melendi
SBN 24041468
stephenm@tbmmlaw.com
Aaron G. Stendell
SBN 24073062
aarons@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone:    214-665-0100
Facsimile:    214-665-0199
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on the following counsel of record pursuant to the Texas Rules of Civil Procedure on January 11, 2016:

David P. Havins
THE HAVINS LAW FIRM, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas 77401
713-665-6818 (fax)
***Attorney for Plaintiff***

/s/ *Stephen A. Melendi*
Stephen A. Melendi

Office of Harris County District Clerk - Chris Daniel

**HCDistrictclerk.com**    HOUSTON GRANITE AND MARBLE CENTER LLC vs. MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY    1/20/2016

Cause: 201571426    CDI: 7    Court: 333

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 68507621 | Defendant Mesa Underwriters Special Insurance Company's Original Answer | | 01/11/2016 | 2 |
| 68434022 | Service Affidavit | | 01/05/2016 | 1 |
| 68029015 | Plaintiff's Original Petition and Request for disclosure | | 11/25/2015 | 9 |
| ·> 68029016 | Civil Case Information Sheet | | 11/25/2015 | 1 |
| ·> 68029017 | Civil Process Request | | 11/25/2015 | 2 |